IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 03 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00819-BNB

BERNADETTE GALLEGOS,

    Plaintiff,

v.

MATTHEW C. HOWARD,
GRW CORPORATION, a foreign Corporation doing business in the State of Colorado,
GIL WALKER, Individually and in his capacity as an officer or agent or employee of
    GRW Corporation,
STEVE HARGETT, Individually and in his capacity as an officer, or agent or employee
    of GRW Corporation,
STATE OF COLORADO DEPARTMENT OF CORRECTIONAL SERVICES,
JOE ORTIZ, Individually and as Director of the Colorado Department of Corrections,
LARRY GRAHAM, individually and as an employee of the State of Colorado
    Department of Corrections, and
JOHN DOE, Individually and as the agent or employee for contracting for Private
    Prisons for the State of Colorado,

    Defendants.

## ORDER OF DISMISSAL

In an order filed on May 22, 2008, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why she has no assets and no means by which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the action would be dismissed without further notice if she failed either to pay the initial partial filing fee or to show cause within thirty days.

Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause why she is unable to pay the initial partial filing fee. Plaintiff has failed to respond to Magistrate Judge Boland's May 22 order in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause why she has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 2 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00819-BNB

Thomas Barnes
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on \_\_7-28\_\_

GREGORY C. LANGHAM, CLERK

By:_____
       Deputy Clerk