IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00819-ZLW

BERNADETTE GALLEGOS,

    Plaintiff,

v.

MATTHEW C. HOWARD,
GRW CORPORATION, a foreign Corporation doing business in the State of Colorado,
GIL WALKER, Individually and in his capacity as an officer or agent or employee of
    GRW Corporation,
STEVE HARGETT, Individually and in his capacity as an officer, or agent or employee
    of GRW Corporation,
STATE OF COLORADO DEPARTMENT OF CORRECTIONAL SERVICES,
JOE ORTIZ, Individually and as Director of the Colorado Department of Corrections,
LARRY GRAHAM, individually and as an employee of the State of Colorado
    Department of Corrections, and
JOHN DOE, Individually and as the agent or employee for contracting for Private
    Prisons for the State of Colorado,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, through counsel, has filed on July 9, 2008, a "Motion for Reconsideration of Dismissal" asking the Court to reconsider and vacate the Order of Dismissal and the Judgment filed in this action on July 3, 2008. For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991). Plaintiff filed the motion to reconsider within ten days after the Order of Dismissal and the Judgment were filed in this action. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

Plaintiff is a prisoner in the custody of the Colorado Department of Corrections. On May 22, 2008, Magistrate Judge Boyd N. Boland entered an order granting Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee of $6.00 or to show cause why Plaintiff was unable to pay the initial partial filing fee. Plaintiff was ordered either to pay the initial partial filing fee or to show cause within thirty days. On July 2, 2008, the Court signed an order dismissing this action for failure either to pay the initial partial filing fee or to show cause within the time allowed. That order was filed in this action on July 3, 2008. Also on July 2, 2008, Plaintiff made a partial filing fee payment in the amount of $30.00.

Counsel for Plaintiff alleges in support of the motion to reconsider that neither counsel nor Plaintiff was aware that Plaintiff was required to arrange for filing fee payments to be made from Plaintiff's inmate account because it was expected that payments automatically would be withdrawn from Plaintiff's income. Counsel further alleges that he make a partial filing fee payment as soon as he realized that further action was required in order to comply with Magistrate Judge Boland's May 22 order granting leave to proceed *in forma pauperis*.

Plaintiff's belated payment of the initial partial filing fee in this action does not justify a decision to reconsider and vacate the order of dismissal. Plaintiff failed either

2

to pay the initial partial filing fee or to show cause why she could not pay the initial partial filing fee within thirty days after Magistrate Judge Boland's May 22 order. The fact that Plaintiff actually made a payment on July 2, 2008, the same day the Court signed the order dismissing this action, does not make that payment timely. Furthermore, Plaintiff's expectation that payments automatically would be withdrawn from her account was not warranted in light of Magistrate Judge Boland's May 22 order directing Plaintiff either to pay the initial partial filing fee or to show cause why Plaintiff could not pay the initial partial filing fee. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion for Reconsideration of Dismissal" filed on July 9, 2008, is denied.

DATED at Denver, Colorado, this 18 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00819-ZLW

Thomas A. Barnes, Jr.
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/23/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk