IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00819-ZLW

BERNADETTE GALLEGOS,

        Plaintiff,

v.

MATTHEW C. HOWARD,
GRW CORPORATION, a foreign Corporation doing business in the State of Colorado,
GIL WALKER, Individually and in his capacity as an officer, or agent or employee of
      GRW Corporation,
STEVE HARGETT, Individually and in his capacity as an officer, or agent or employee of
      GRW Corporation,
STATE OF COLORADO DEPARTMENT OF CORRECTIONAL SERVICES,
JOE ORTIZ, Individually and as Director of the Colorado Department of Corrections,
LARRY GRAHAM, individually and as an employee of the State of Colorado,
      Department of Corrections, and
JOHN DOE, Individually and as the agent or employee for contracting for Private Prisons
      for the State of Colorado,

        Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on July 31, 2008. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
           is missing affidavit

    __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    __    is missing required financial information
    __    is missing an original signature by the prisoner
    __    is not on proper form (must use the court's current form)
    __    other_____

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

    DATED at Denver, Colorado this __6th__ day of ___August___, 2008.

    BY THE COURT:

    */s/ Zita L. Weinshienk*
    _____
    ZITA L. WEINSHIENK, Senior Judge
    United States District Court